IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20CR538 JAR (SPM) ) ) |
| Beau Taylor | ) ) |
| Defendant. | ) |

## NOTICE OF INTENT NOT TO FILE PRETRIAL MOTIONS

Comes now Defendant BEAU TAYLOR, through his attorney, Lucille G. Liggett, Assistant Federal Public Defender, and states to the Court that he has received and reviewed the discovery in his case. Defendant and Counsel for Defendant have discussed pretrial motions and the issues to be raised by way of pretrial motions. Defendant feels that it is in his best interest not to file any pretrial motions in his case and Defendant agrees and concurs in the decision not to file any pretrial motions.

Respectfully submitted,

/s/Lucille G. Liggett
LUCILLE G. LIGGETT #34589 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Lucy_Liggett@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2021 , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Catherine Hoag, Assistant United States Attorney.

                                      /s/Lucille G. Liggett  
                                      LUCILLE G. LIGGETT  
                                      Assistant Federal Public Defender