**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:20-CR-00538-JAR-SPM |
| BEAU TAYLOR, | ) |
| Defendant. | ) |

## ORDER REGARDING PRETRIAL MOTION STATUS AND TRIAL SETTING

All pretrial matters in the above-referenced case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). Defendant was arraigned on August 3, 2021 by the Honorable Patricia L. Cohen, U.S. Magistrate Judge, and requested additional time to file pretrial motions. The undersigned found that, in the interest of justice, the request should be granted and extended the deadline for filing motions to October 13, 2021. On September 3, 2021 and in compliance with this Court's Order Concerning Pretrial Motions, Defendant filed a Notice indicating that no pretrial motions will be filed. (Doc. 25). As such, no report and recommendation will be forthcoming.

Finally, the trial of this matter will be set at a later date by the Honorable John A. Ross, United States District Judge. Defendant may request a plea hearing with Judge Ross prior to the forthcoming trial date.

SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of September, 2021.