UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,  )
                            )
        Plaintiff,          )
                            )
vs.                         )   Case No. 4:20 CR 538 JAR
                            )
_Beau Taylor_,              )
                            )
        Defendant.          )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐ **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☑ **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.** _by videoconference_

☐ **The defendant declines to sign this notice.**

(<u>Note</u>:  Defense counsel should check the appropriate box(es) above.)

_1/10/22_                           _Lucy D Liggett_
Date                                Signature of Attorney

☐ **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

_____                      _____
Date                                 Signature of Defendant