UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 4:20CR00538JAR |
| vs. | ) | |
| Beau Taylor | ) | RECEIVED BY MAIL |
| Defendant. | ) | AUG 25 2025 |
| | | U.S. DISTRICT COURT EASTERN DISTRICT OF MO CAPE GIRARDEAU |

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, Beau Taylor, request that my term of probation or supervised release be terminated early for the following reasons: I have completed all programs, passed every U/A, and held a full time job. I've rehabilitated myself and built a very healthy lifestyle

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

8-24-25
Date

(Signature of Defendant)
308 S. Virginia St.
(Address) Charleston, MO 63834

## CERTIFICATE OF SERVICE

I hereby certify that I mailed or hand delivered a true copy of this Motion to United States Probation Officer Tara [name] and to the United States Attorney's Office on August, 24th, 2025

(Signature of Defendant)

Beau Taylor
308. S. Virginia St
Charleston, MO 63834

RECEIVED BY MAIL
AUG 25 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

SAINT LOUIS MO 630
23 AUG 2025 PM 8 L

1775



Court Clerk
555 Independence St.
Cape Girardeau, MO 63701

63703-623699